AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Idaho

| | |
|---|---|
| TIA SIMMONS and JAMERSON SHEPPARD individually and for and on behalf of A.S., a minor,<br><br>_Plaintiff_<br><br>v.<br><br>WALMART, INC., a foreign corporation, d.b.a. WAL-MART; MAD ENGINE, LLC, a California limited liability company; S & C INTERNATIONAL, INC., a New York corporation, and DOES I-X,<br><br>_Defendant_ | )<br>)<br>)<br>)<br>)<br>)<br>Civil Action No. 1:20-CV-00439-SAB |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that _(check one)_:

☐ the plaintiff _(name)_ _____ recover from the defendant _(name)_ _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant _(name)_ _____ recover costs from the plaintiff _(name)_ _____.

☒ other: Order Granting Defendants' Walmart and Mad Engine Motions for Summary Judgment was filed on 3/23/2023. Judgment is entered in favor of Defendants Walmart and Mad Engine and against Plaintiffs.

This action was _(check one)_:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____

Date: 3/29/2023

CLERK OF COURT

STEPHEN W. KENYON

s/Michelle M. Fox
_(By) Deputy Clerk_

Michelle M. Fox, Deputy Clerk to Judge Stanley Bastian