AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Idaho

TIA SIMMONS and JAMERSON SHEPPARD individually and for and on behalf of A.S., a minor,

*Plaintiff*

v.

WALMART, INC., a foreign corporation, d.b.a. WAL-MART; MAD ENGINE, LLC, a California limited liability company; S&C INTERNATIONAL, INC., York corporation, and DOES 1-X,

*Defendant*

Civil Action No. 1:20-CV-00439-SAB

## AMENDED JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____%, plus post judgment interest at the rate of _____% per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: Order Granting Defendants' Walmart and Mad Engine Motions for Summary Judgment was filed on 3/23/2023. Order Granting Plaintiffs' Motion for Relief from Judgment was filed on 4/28/2023. Judgment is entered in favor of Defendants Walmart, Mad Engine and S&C International, Inc. and against Plaintiffs.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____

Date: 5/1/2023

*CLERK OF COURT*

STEPHEN W. KENYON

s/Michelle M. Fox

*(By) Deputy Clerk*

Michelle M. Fox, Deputy Clerk to Judge Stanley A. Bastian